**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
C.A. No.: 1:23-cv-471**

TERRY BRANDI,

      Plaintiff,

vs.

STANDARD INSURANCE COMPANY,

      Defendant.

## COMPLAINT
**(Jury Trial Requested)**

### Preliminary Statement

Plaintiff brings this action under North Carolina state law to seek entitlement and payment of individual disability income benefits under a private policy of insurance fully insured by Defendant Standard Insurance Company.

### Parties

1.     Plaintiff is a citizen and resident of Salisbury, North Carolina which is in Rowan County.

2.     Defendant is an insurance company organized and existing pursuant to the laws of one of the States of the United States, and which does business in Salisbury, North Carolina.

### Jurisdiction and Venue

3.     In this matter, Plaintiff seeks entitlement to individual disability income benefits pursuant to a private policy of insurance entered into with the Defendant.  This

1

Court has jurisdiction to hear this matter as it is governed by the laws of the State of North Carolina and not by ERISA 29 U.S.C. §1001 *et seq.* Jurisdiction in this forum is appropriate based on complete diversity of citizenship between the parties and more than $75,000 in controversy.

## Factual Allegations

4.     Plaintiff entered into a private individual disability income policy with Defendant (Policy number CC77246), whereby if the Plaintiff became disabled, as that term is defined in the Defendant's policy, the Defendant would be obligated to pay the Plaintiff monthly disability benefits. Plaintiff was required to comply with all other terms and conditions of the policy.

5.     Plaintiff suffers from certain medical problems, and as of January 23, 2021, Plaintiff was and has been completely and totally disabled.

6.     Plaintiff filed a claim for disability benefits, asserting that she was completely and totally disabled, and Defendant denied her claim and has failed and refused to provide her the benefits she seeks.

## For a First Cause of Action
## Breach of Insurance Contract

7.     Plaintiff incorporates all prior allegations herein, where not inconsistent, as if fully set forth herein.

8.     The Defendant's disability contract under which Plaintiff was a beneficiary constitutes an insurance contract governed by the law of the State of North Carolina.

9.      Pursuant to the terms and conditions of the insurance contract, the Defendant owed certain duties and obligations to the Plaintiff. The insurance contract issued by the Defendant to the Plaintiff calls for payment of certain benefits to the Plaintiff in the event Plaintiff meets the policy definition of disabled.

10.     Plaintiff has submitted to the Defendant proof of her entitlement to disability benefits, and Plaintiff has complied with the terms and conditions of the policy in every way.

11.     Despite the compliance with the terms and conditions of the policy by the Plaintiff, the Defendant has failed and refused to provide benefits called for under the terms of the policy.

12.     Accordingly, Plaintiff is entitled to benefits under the policies and damages as she should prove as a result of the Defendant's failure to pay benefits under the policy and for such other and further relief as this court deems just and proper including attorney's fees and costs.

**WHEREFORE**, having fully stated her complaint against the Defendant, the Plaintiff prays for:

1.  Benefits due her under the policy;

2.  Actual, compensatory and punitive damages;

3.  Attorney's fees and costs pursuant to the law of the State of North Carolina; and

4.  Such other and further relief as this court deems just and proper.

3

s/ M. Leila Louzri
                                        M. Leila Louzri, Esq.
                                        North Carolina Bar #:  48743
                                        **FOSTER LAW FIRM, LLC**
                                        25 Mills Avenue
                                        Greenville, SC 29605
                                        (864) 242-6200
                                        (864) 233-0290 (facsimile)
                                        E-mail:  llouzri@fosterfoster.com

Date: <u>March 15, 2023</u>               Attorneys for Plaintiff